**In the Interest of D.L.B. and D.H.B.**

**No. WD 58940.**

Missouri Court of Appeals,
Western District.

June 19, 2001.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 28, 2001.

Candace Jane Barnes, St. Joseph, MO, for Appellant.

James Anthony Nadolski, St. Joseph, MO, for Respondent.

Before PAUL M. SPINDEN, Chief Judge, PATRICIA A. BRECKENRIDGE, Judge, and THOMAS H. NEWTON, Judge.

### ORDER

K.B. appeals the circuit court's judgment in which it terminated her rights to parent D.L.B. and D.H.B. We affirm the circuit court's judgment. Rule 84.16(b).